# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY MARGARET JIMENEZ, | Case No. 1:24-cv-00682-SKO |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | (Doc. 2) |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

Plaintiff Kimberly Margaret Jimenez filed a complaint on June 11, 2024, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2.)  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1.     Plaintiff's application to proceed *in forma pauperis* is GRANTED; and

2.     The Clerk of Court is DIRECTED to issue a summons, the Consent/Decline forms, and the Scheduling Order.  Service on the defendant shall proceed under the Court's E-Service program as follows: once a summons is issued, the Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

Dated:    **June 13, 2024**                          /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE